# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| JOSHUA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| SRG GLOBAL Trim, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Joshua Davis ("Davis" or "Plaintiff"), by counsel, brings this action against Defendant, SRG Global Trim, LLC("Defendant"), for violating Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq*.

### II. PARTIES

2. Smith is a resident of Warrick County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant conducts business within the geographical boundaries of the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §2000e-5(f)(3)

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b).

6. Davis was an "employee" as that term is defined by 42 U.S.C §2000e(f).

7. Davis satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination based on race. Davis received the required Notice of his Right to Sue and timely files this action.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Plaintiff is African American.

10. Davis was hired by SRG Global on or about December 7, 2020, as a Production Supervisor.

11. At all relevant times, Davis met or exceeded Defendant's legitimate performance expectations. Charging Party received a positive performance appraisal in December 2021.

12. After a reorganization, Davis was moved to Shipping Supervisor and began reporting to Ryan Christie, Shipping Manager.

13. In early July 2022, Charging Party and the other Shipping Supervisor, who is Caucasian, were told that the office would be shut down between July 6-8 and only a skeleton crew would be necessary.

14. Nevertheless, they each received a text asking that they report to work during that time. Both Charging Party and his white counterpart went into work for short period of time during the shutdown period.

15. On or about July 14, 2022, Respondent terminated Charging Party's employment for alleged insubordination related to him not coming in to work during the shutdown period. His white counterpart was not disciplined.

## V. CAUSES OF ACTION

16. Davis hereby incorporates paragraphs one (1) through fourteen (14) of his Complaint as if the same were set forth at length herein.

17. Davis' employment was terminated because of his race.

18. Defendant's actions were intentional, willful, and in reckless disregard of Davis' rights as protected by Title VII of the Civil Rights Act of 1964.

19. Davis has suffered damages as a result of the Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Joshua Davis, respectfully requests that this court enter judgment in his favor and award him the following relief:

1. Reinstate Davis' employment to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Davis of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages;

5. Punitive damages;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Andrew Dutkanych*
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Joshua Davis*

## DEMAND FOR JURY TRIAL

Plaintiff, Joshua Davis, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Andrew Dutkanych*
Andrew Dutkanych
144 North Delaware Street Indianapolis, IN 46204 Telephone: (317) 991 - 4765
Email: ad@bdlegal.com
Counsel for Plaintiff, Joshua Davis